1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  | UNITED STATES OF AMERICA,

9  |                    Plaintiff,          CASE NO. **2:24-mj-00065**

10 |     v.                                 **DETENTION ORDER**

11 | JOSE GERARDO RODRIGUEZ-
   | MONTOYA,

12 |
   |                    Defendant.

13 |

14        The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there

15 are no conditions which the defendant can meet which would reasonably assure the defendant's

16 appearance as required or the safety of any other person and the community.

17        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

18        The Court received no verified information about Defendant other than he has pending

19 warrants issued by two different state courts for his arrest. Defendant did not contest detention at

20 this time.

21        It is therefore **ORDERED**:

22

23

DETENTION ORDER - 1

1    (1)    Defendant shall be detained pending trial and committed to the custody of the

2  Attorney General for confinement in a correctional facility separate, to the extent practicable,

3  from persons awaiting or serving sentences, or being held in custody pending appeal;

4    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

5  counsel;

6    (3)    On order of a court of the United States or on request of an attorney for the

7  Government, the person in charge of the correctional facility in which Defendant is confined

8  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

9  connection with a court proceeding; and

10    (4)    The Clerk shall provide copies of this order to all counsel, the United States

11  Marshal, and to the United States Probation and Pretrial Services Officer.

12    DATED this 22nd day of February, 2024.

13

14    _____
      BRIAN A. TSUCHIDA
15    United States Magistrate Judge

16

17

18

19

20

21

22

23

DETENTION ORDER - 2